Certificate Number: 01267-PAM-DE-029612661

Bankruptcy Case Number: 17-02109


01267-PAM-DE-029612661

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>July 20, 2017</u>, at <u>3:42</u> o'clock <u>PM EDT</u>, <u>Charlene D Dollard</u> completed a course on personal financial management given <u>by internet</u> by <u>Money Management International, Inc.</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date: <u>July 21, 2017</u>         By:    <u>/s/Rita Ramos</u>

                                  Name:  <u>Rita Ramos</u>

                                  Title: <u>Counselor</u>